# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DARRYL TAYLOR, #299-166 | : |
|    Petitioner | : |
|    v. | :   CIVIL ACTION NO. RDB-05-1179 |
| JAMES V. PEGUESE, WARDEN<br>   and | : |
| J. JOSEPH CURRAN, JR.<br>THE ATTORNEY GENERAL OF THE<br>STATE OF MARYLAND | :<br><br>: |
|    Respondents | ooooooo |

## **MEMORANDUM**

Pending are a Motion for Appointment of Counsel and a Motion to Amend Petition filed by Petitioner *pro se* Darryl Taylor in the above 28 U.S.C. §2254 action. Both motions will be denied without prejudice by separate Order.

A district court judge has discretion to appoint counsel if the indigent plaintiff presents exceptional circumstances. *See* 28 U.S.C. §1915(e)(1); *see also Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1984). Whether such circumstances exist depends on 1) the type and complexity of the case, and 2) the abilities of the litigant. *See Whisenant v. Yuam*, 739 F.2d 160, 163 (4th Cir. 1984). At this early stage of the proceedings, Petitioner has prepared an adequate petition for habeas review, and the issues presented do not appear to be unduly complex. There are no exceptional circumstances to warrant appointment of counsel under § 1915(e)(1).

In addition, Petitioner requests leave to reserve the right to amend his pending petition for writ of habeas corpus. Petitioner has yet to file the amendment. Accordingly, the motion for leave to amend is premature and will be denied without prejudice.

Dated: May 20, 2005                                     /s/
                                                             Richard D. Bennett
                                                             United States District Judge

2

Case 1:05-cv-01179-RDB    Document 6    Filed 05/20/2005    Page 2 of 2

2